FILED
CLERK, U.S. DISTRICT COURT

July 19, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ELENA LIVENSON, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>ROCKWELL COLLINS, INC., a Delaware Corporation doing business in California, and DOES 1 to 20, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-09578 SB (SKx)<br><br>**PROPOSED JUDGMENT IN FAVOR OF DEFENDANT ARINC, INCORPORATED**<br><br>Complaint Filed:    June 26, 2020 |

70861937v.1

1 | Defendant ARINC, INCORPORATED's ("ARINC") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment pursuant to the Federal Rule of Civil Procedure 56 came on for hearing on June 25, 2021, at 8:30 a.m., in Courtroom 6C of the above-entitled court, located at the United States Courthouse, 350 West 1st Street, Los Angeles, California 90012, the Honorable Stanley Blumenfeld, Jr. presiding.

ARINC appeared and argued through its counsel, Seyfarth Shaw LLP. Plaintiff Elena Livenson ("Plaintiff") appeared and argued through her counsel. The Court having reviewed and considered the Motion, the Memorandum of Points and Authorities in support thereof, any and all oppositions and replies thereto, the pleadings, the arguments of counsel, and finding good cause, finds as follows:

1. ARINC is entitled to judgment in its favor on each and every one of Plaintiff's claims comprising each of Plaintiff's Causes of Action in her Complaint (filed June 26, 2020).

3. Judgment will be entered in favor of ARINC and against Plaintiff accordingly.

**IT IS SO ORDERED**.

DATED:_July 19, 2021

*[signature]*

Hon. Stanley Blumenfeld, Jr.
U.S. District Court Judge

70861937v.1